# CERTIFIED COPY OF RESOLUTION
# OF THE SOLE MEMBER AND MANAGER OF ALPHARETTA LIFEHOPE LAND SPE, LLC

This is to certify that at a meeting of the Sole Member and Manager of Alpharetta Lifehope Land SPE, LLC, a Georgia Limited Liability Company (the "**Company**"), held on the 5th day of December 2022, the following resolution was adopted:

**WHEREAS**, the Company is unable to pay its debts as they generally mature.  **NOW, THEREFORE, IT IS HEREBY**

**RESOLVED**, that Alpharetta Lifehope Land JV, LLC (the "**Sole Member**") is the Sole Member and Manager of the Company. Alpharetta Lifehope Land HPE, LLC is the Manager of the Sole Member (the "**Sole Member's Manager**"). Scott Honan is the Manager of the Sole Member's Manager.  The Company, through its Sole Member, hereby authorizes Scott Honan, as the Designated Manager, to prepare, file, and execute the Petition for Relief provided for in Title 11 of the United States Code under Chapter 11 for the Company, a Georgia Limited Liability Company, and all of the necessary papers in connection therewith, in the United States Bankruptcy Court for the Northern District of Georgia.

**RESOLVED FURTHER**, that the Designated Manager of the Company be and hereby is authorized to do any other acts, execute all necessary documents, and take any other steps in the name and on behalf of the Company necessary or appropriate to obtaining such relief, including the presentation of a Plan of Reorganization.

**RESOLVED FURTHER**, that the Designated Manager of the Company be and hereby is authorized to retain Rountree Leitman Klein & Geer, LLC as counsel for the Company in said proceeding.

Said resolution is still of full force and effect.

Dated this 5th day of December, 2022.

Alpharetta Lifehope Land SPE, LLC

Sole Member: Alpharetta Lifehope Land JV, LLC

By: Alpharetta Lifehope Land HPE, LLC, in its capacity as Manager of Alpharetta Lifehope Land JV, LLC, the Sole Member and Manager of Alpharetta Lifehope Land SPE, LLC

 /s/ Scott Honan
_____
By: Scott Honan, Manager of Alpharetta Lifehope Land HPE, LLC