# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>ALPHARETTA LIFEHOPE LAND SPE, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-59897-pwb |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that **David A. Wender** and **Nathaniel T. DeLoatch** and the law firm of **Eversheds Sutherland (US) LLP** ("Eversheds Sutherland") hereby enters their appearance in the above-referenced chapter 11 case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as attorneys for Serlyn Properties II, LLC ("Serlyn"), and, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 342 and 1109(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), requests that copies of all notices and pleadings given or filed in these cases be given to and served upon the undersigned, at the address set forth below

| | |
|---|---|
| David A. Wender<br>EVERSHEDS SUTHERLAND (US) LLP<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, GA 30309-3996<br>Telephone: 404.853.8175<br>Facsimile: 404.853.8806<br>davidwender@eversheds-sutherland.com | Nathaniel T. DeLoatch<br>EVERSHEDS SUTHERLAND (US) LLP<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, GA 30309-3996<br>Telephone: 404.853.8356<br>Facsimile: 404.853.8806<br>Nathanieldeloatch@eversheds-sutherland.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether

formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein (collectively, the "Papers").

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Notices and Papers is neither intended as nor is it a consent of Serlyn to the jurisdiction of the Bankruptcy Court, and this Notice of Appearance and Request for Service of Notices and Papers shall not be deemed to be a waiver of the right of Serlyn (1) to have final orders in non-core matters entered only after *de novo* review by a higher court; (2) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related to this case; (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (4) to any rights, actions, or defenses relating to the scope of the Bankruptcy Court's jurisdiction pursuant to the United States Supreme Court's decision in *Stern v. Marshall,* 131 S. Ct. 2594 (2011); or (5) to any other rights, claims, actions, setoffs, or recoupments to which Serlyn is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Serlyn expressly reserves. Nor shall this Notice of Appearance and Request for Service of Notices and Papers be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance and Request for Service of Notices and Papers shall not constitute: (i) a waiver of the right of Serlyn to contest service of any Papers; or (ii) a consent of Serlyn to the jurisdiction of the United States Bankruptcy Court for the Northern District of Georgia with respect to any proceeding commenced in these cases against or otherwise involving Serlyn.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys request that they

be added to the Court's service matrix for notice of all contested matters, adversary proceedings and other proceedings in these cases.

| | |
|---|---|
| Dated: February 3, 2023 | Respectfully submitted,<br><br>EVERSHEDS SUTHERLAND (US) LLP<br><br>/s/ *David A. Wender*<br>David A. Wender (Ga. Bar. No. 748117)<br>Nathaniel T. DeLoatch (Ga. Bar. No. 216330)<br>999 Peachtree Street, NE, Suite 2300<br>Atlanta, GA 30309-3996<br>Telephone: 404.853.8175<br>Facsimile: 404.853.8806<br>Davidwender@eversheds-sutherland.com<br>NathanielDeLoatch@eversheds-sutherland.com<br><br>*Counsel to the Serlyn Properties II, LLC* |

## CERTIFICATE OF SERVICE

I certify that on February 3, 2023, I electronically filed the foregoing using the CM/ECF system which automatically will send email notification of such filing to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program.

Dated: February 3, 2023.

Respectfully submitted,

/s/ *Nathaniel T. DeLoatch*
Nathaniel T. DeLoatch (Ga. Bar No. 216330)
Eversheds Sutherland (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, GA 30309-3996
Telephone: 404.853.8356
Facsimile: 404.853.8356
nathanieldeloatch@eversheds-sutherland.com