**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO.  22-59897-PWB** |
| **ALPHARETTA LIFEHOPE LAND SPE, LLC,** | **CHAPTER 11** |
| **Debtor.** | |

**NOTICE OF REASSIGNMENT OF HEARING**

PLEASE TAKE NOTICE that on July 5, 2023, the above-referenced Debtor filed a *Motion for Order (A) For Authority to Sell Real Property Free and Clear of Liens, Claims, and Encumbrances, (B) Establishing Bid Procedures Governing Sale of Real Property, and for Related Relief* [Doc. 41] and on October 3, 2023 the Debtor filed an *Amended Motion for Order Approving Real Property Free and Clear of Liens, Claims and Encumbrances* [Doc. 53] (the "**Sale Motion**").

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Sale Motion at **11:30 AM** on **November 1, 2023** in **Courtroom 1401, U. S. Courthouse 75 Ted Turner Drive, SW Atlanta, GA 30303**, which may be attended in person or via the Court's Virtual Hearing Room.  You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing.  You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta, GA 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

Dated: October 9, 2023

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Elizabeth A. Childers*

William A. Rountree, Ga, Bar No. 616503
Will Geer, Ga Bar No. 940493
Elizabeth A. Childers, Ga. Bar No. 143546
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
wgeer@rlkglaw.com
echilders@rlkglaw.com
*Attorneys for the Debtor*